THARPE & HOWELL, LLP
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| GLEN SASSOON,<br><br>            Plaintiff,<br><br>v.<br><br>LOWE'S HIW, INC. and DOES 1 to 100, Inclusive,<br><br>            Defendants. | CASE NO.: 2:13-CV-03233-RGK(Ex)<br><br>(Los Angeles County Superior Court Case No.: PC054009)<br><br>**[PROPOSED] JUDGMENT**<br><br>[Filed concurrently with Notice of Motion; Memorandum of Points and Authorities; Separate Statement of Uncontroverted Facts and Conclusions of Law; Declaration of David Kamin; Appendix of Exhibits; and [Proposed] Order]<br><br>**Judge R. Gary Klausner**<br>**U.S. District Court Judge**<br><br>DATE:      March 10, 2014<br>TIME:      9:00 a.m.<br>COURTROOM: 850 |

This action came on for hearing before the Court, on March 10, 2014, at 9:00 a.m. in Courtroom 850 of the above-entitled court, located at 255 E. Temple Street, Los Angeles, California, Honorable R. Gary Klausner, District Judge Presiding, on a Motion for Summary Judgment.

///

///

///

- 1 -

**[PROPOSED] JUDGMENT**

The evidence presented having been fully considered, the issues having been duly heard and a decision having been duly rendered,

**IT IS HEREBY ORDERED AND ADJUDGED** that plaintiff GLEN SASSOON take nothing, that the action be dismissed, with prejudice, on the merits, and that defendant LOWE'S HOME CENTERS, LLC recover its costs.

Dated: March 10, 2014

_____

R. Gary Klausner
U.S. District Court Judge